AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
02/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
02/19/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

United States of America,
v.

IGNACIO SANCHEZ HUERTA,

Defendant(s)

Case No. 8:25-mj-00112

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>July 30, 2023</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG, Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 19, 2025

*Karen E. Scott*
Judge's signature

City and state: Santa Ana, California

Hon. KAREN, U.S. Magistrate Judge
Printed name and title

AUSA: Kevin Fu

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT**
**(FOR VIOLATION OF 8 U.S.C. §§ 1326(a)**

I, Jared Bromberg, being duly sworn, do hereby declare and state the following:

**TRAINING AND EXPERIENCE**

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office, Santa Ana sub-office.

2. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

**PURPOSE OF AFFIDAVIT**

3. This affidavit is made in support of a complaint and arrest warrant against IGNACIO SANCHEZ HUERTA ("SANCHEZ" hereafter) charging a violation of Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States

1

Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

**STATEMENT OF PROBABLE CAUSE**

4. On or about July 30, 2023, ICE received information that SANCHEZ was arrested by the Orange County Sheriff's Department (OCSD), Orange County, California. On or about July 30, 2023, SANCHEZ was released from the custody of the OCSD.

5. A preliminary records check of the DHS database was conducted which revealed DHS Alien File Number ("A-File") A205 318 793 is assigned to SANCHEZ. An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained. Further records checks revealed that SANCHEZ was previously deported to Mexico.

6. On or about February 12, 2025, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for SANCHEZ, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department. I compared the data on the CII and FBI to that found in the DHS Central Index System ("CIS") under the assigned DHS A-File, which I believe is SANCHEZ's alien number. I also compared the data from the CII, FBI, and CIS records to printouts of the CII and CIS records contained in the DHS A-File. I found that the data from CII and CIS records contained in the DHS A-File contain the same Federal Bureau of Investigation identification number that is found in the CII, FBI, and CIS records that I obtained. In addition, the CII printout I obtained reflects the conviction that is described below. Based on this review, I believe that SANCHEZ is the same person who incurred the conviction described below and who was ordered deported and/or removed as described in the DHS A-File.

7. On or about February 12, 2025, I reviewed DHS A-File Number A205 318 793 ("A-File"), which is maintained for SANCHEZ. A review of the DHS A-File revealed the following information and documents:

3

a. An Immigration Detainer-Notice of Action, which indicated that Immigration Enforcement Agent B. Lawless determined that SANCHEZ was in the custody of the OCSD, on or about April 30, 2012.

b. A Final Administrative Removal Order showing that SANCHEZ was ordered removed to Mexico by M. Lafave, Acting Assistant Field Office Director, Bakersfield, California, on or about November 7, 2013.

c. An executed Warrant of Removal/Deportation indicating that SANCHEZ was officially removed and deported from the United States to Mexico on or about November 8, 2013, at the Port of Entry, San Ysidro, California.

d. I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Warrant of Removal/Deportation in the DHS A-File contains a photograph, signature, and fingerprint.

e. A record of conviction indicating that on or about September 12, 2003, SANCHEZ was convicted of Assault with a Deadly Weapon, in violation of California Penal Code Section

245(a)(1), in the Superior Court of the State of California, County of Orange, Case Number 12CF1279, for which SANCHEZ was sentenced to three years of imprisonment.

8. I found nothing in the DHS A-File that indicated that he had applied to the United States Attorney General or her designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following his last deportation and removal. Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the DHS A-File.

9. On or about February 12, 2025, I reviewed the DHS computer indices on SANCHEZ. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that SANCHEZ had been removed and deported on or about the date indicated on the Warrant of Removal/Deportation found in the DHS A-File. The DHS computer indices further indicated that SANCHEZ had not obtained permission from the Attorney General or her designated successor, the Secretary of Homeland Security, to re-enter the United States legally since SANCHEZ had last been deported.

10. Based on my review of the contents of the DHS A-File, I believe that SANCHEZ is an alien, he is a citizen of Mexico, and he illegally re-entered the United States without permission.

## CONCLUSION

11. Based upon the information indicated above, including the Final Administrative Removal Order, Warrant of Removal/Deportation, copies of conviction documents, information received indicating subject was present in the United States following his last removal, and the absence of an application to re-enter the United States, there is probable cause to believe that IGNACIO SANCHEZ HUERTA is in violation of Title 8, United States Code, Section 1326(a) (Illegal Alien Found in the United States Following Deportation or Removal).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 19th day of
February 2025.

*Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE