FILED
CLERK, U.S. DISTRICT COURT

03/06/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___aro___ DEPUTY

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KEVIN Y. FU (Cal. State Bar No. 319465)
Assistant United States Attorney
Orange County Office
    Ronald Reagan Federal Bldg. & U.S. Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3576
    Facsimile: (714) 338-3708
    E-mail:   Kevin.Fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>IGNACIO SANCHEZ HUERTA,<br><br>    Defendant. | No. 8:25-mj-00112-DUTY<br><br>GOVERNMENT'S NOTICE OF NON-APPEAL OF RELEASE ORDER |

    Plaintiff, United States of America, by and through its counsel of record, hereby provides notice that the government does not intend

//
//
//
//
//
//
//
//
//

to appeal Magistrate Judge John D. Early's order of release in the above-captioned case.

Dated: March 6, 2025                    Respectfully submitted,

                                        JOSEPH T. MCNALLY
                                        Acting United States Attorney

                                        ANNE C. GANNON
                                        Assistant United States Attorney
                                        Chief, Orange County Office


                                        _____
                                        KEVIN Y. FU
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2